GUNDERSON LAW FIRM
Courtney G. Sweet, Esq.
California State Bar No. 257261
3895 Warren Way
Reno, Nevada 89509
Telephone: 775.829.1222
Facsimile: 775.829.1226
csweet@gundersonlaw.com
*Attorney for John Cathcart and*
*Mercator Capital Advisors, Inc.*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE LINE FOODSERVICE DISTRIBUTION, INC., | Case No.: 24cv01250-W-MMP |
| Plaintiff, | **ANSWER** |
| v. | Honorable Thomas J. Whelan<br>Courtroom 3C |
| JOHN CATHCART, NERYS LOGISTICS, INC., MERCATOR CAPITAL ADVISORS, INC., | |
| Defendants. | |
| _____/ | |

Defendants JOHN CATHCART ("Cathcart") and MERCATOR CAPITAL ADVISORS, INC. ("Mercator"), by and through their counsel of record Courtney G. Sweet, Esq., file this Answer in response to the Complaint filed by BLUE LINE FOODSERVICE DISTRIBUTION, INC. ("Blue Line") as follows:

1. Cathcart and Mercator admit the allegations contained in Paragraphs 14, 19, 20, 23, 24, 55, and 63 of the Complaint.

2. Cathcart and Mercator are without information or belief as to the allegations contained in Paragraphs 4, 6, 7, 10, 15, 18, 21, 25, 26, 27, and 28 of the Complaint and therefore deny them.

GUNDERSON LAW FIRM
A PROFESSIONAL
LAW CORPORATION
3895 Warren Way
RENO, NEVADA 89509
(775) 829-1222

**ANSWER**

3. Cathcart and Mercator deny all remaining allegations in the Complaint.

**AFFIRMATIVE DEFENSES**

1. Blue Line has failed to state a claim against Cathcart or Mercator. The facts as alleged are false, unsupported by any evidence, and do not support any causes of action.

2. Blue Line has waived any claims it may have against Cathcart or Mercator by entering into a binding agreement that waived any such claims.

3. Blue Line's claims are barred by the doctrine of laches. Blue Line failed to assert any such claims for an unreasonable amount of time, and Cathcart and Mercator have suffered harm as a result of such delay.

4. Blue Line's claims are barred by unclean hands. Blue Line's own bad actions bar any recovery it may have against Cathcart or Mercator.

5. Blue Line's claims are barred by the statute of limitations and statute of repose. Any purported actions that are alleged in the Complaint occurred in a time that is barred by the applicable statute of limitations and/or statute of repose.

6. Blue Line has suffered no damages as a result of the matters alleged in the Complaint. Blue Line can collect its judgment from the entities against which it was entered, and the named defendants are not responsible for any damages suffered by Blue Line.

7. Blue Line is estopped from asserting these claims against Cathcart of Mercator because it was aware of the financial circumstances surrounding the judgment debtor(s) when it entered into the relevant agreement(s) and accepted those circumstances.

8. Blue Line has failed to mitigate its damages by failing to pursue one of the named judgment debtors.

WHEREFORE JOHN CATHCART and MERCATOR CAPITAL ADVISORS, INC. pray for judgment as follows:

1. That Blue Line take nothing by way of the Complaint;

GUNDERSON LAW FIRM
A PROFESSIONAL
LAW CORPORATION
3895 Warren Way
RENO, NEVADA 89509
(775) 829-1222

2

**ANSWER**

2. For an award of Cathcart and Mercator's attorneys' fees and costs, and;

3. For such other and further relief as the Court deems proper.

DATED this __14__ day of May, 2025.

GUNDERSON LAW FIRM

By: _____

Courtney G. Sweet, Esq.
California State Bar No. 257261
*Attorney for John Cathcart and*
*Mercator Capital Advisors, Inc.*

GUNDERSON LAW FIRM
A PROFESSIONAL
LAW CORPORATION
3895 Warren Way
RENO, NEVADA 89509
(775) 829-1222

3

**ANSWER**