UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE LINE FOODSERVICE DISTRIBUTION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JOHN CATHCART, et al.,<br><br>Defendants. | Case No.: 24-cv-1250-W-MMP<br><br>**ORDER:**<br><br>**1. SETTING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO QUASH SUBPOENAS TO BANK OF AMERICA AND CHARLES SCHWAB; AND**<br><br>**2. STAYING COMPLIANCE WITH SUBPOENAS PENDING RESOLUTION OF DISPUTE**<br><br>[ECF No. 60] |

On September 15, 2025, Defendants Mercator Capital Advisor's, Inc. and John Cathcart filed a "Motion to Quash Plaintiff's September 5, 2025 Subpoenas to Bank of America Nation Association and Charles Schwab & Company." ECF No. 60. For good cause, the Court **SETS** the following briefing scheduling:

1. Movants must file a supplemental declaration with a copy of the subpoenas at issue no later than **September 16, 2025**.

2. Plaintiff shall file a response no later than **September 30, 2025**.

3. Movants shall file a reply, if any, no later than **October 7, 2025**.

Unless otherwise ordered by the Court, the Court will take the matter under submission pursuant to Civil Local Rule 7.1(d)(1) and the undersigned's Civil Chambers Rule X(F).

Finally, compliance with the subpoenas that are the subject of this motion to quash are **STAYED** pending resolution of this dispute.

**IT IS SO ORDERED**.

Dated: September 15, 2025

HON. MICHELLE M. PETTIT
United States Magistrate Judge