UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| BLUE LINE FOODSERVICE DISTRIBUTION, INC., Plaintiff, v. JOHN CATHCART, et al., Defendants. | Case No.: 24-cv-1250-W-MMP **ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER** [ECF No. 69] |
|---|---|

Before the Court is the parties' Oral Joint Motion to Amend Expert Designation, Expert Disclosure, and Fact Discovery Deadlines. ECF No. 69. For good cause shown, the Court **GRANTS** the joint motion and **AMENDS** the case management schedule as follows:

| Event | New Deadline |
|---|---|
| Fact Discovery Completion | April 10, 2026 |
| Expert Designation | February 27, 2026 |
| Rebuttal Expert Designation | March 13, 2026 |

1   The Court SETS a Status Conference on **January 12, 2026** at **1:30 PM**. The parties shall appear at the conference via Zoom, which is accessible as follows: Meeting ID 161 403 21421.

All other deadlines and substantive provisions of the Court's prior Scheduling Order, ECF No. 53, remain in effect.

**IT IS SO ORDERED**.

Dated:  December 4, 2025

HON. MICHELLE M. PETTIT
United States Magistrate Judge