**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BLUE LINE FOODSERVICE DISTRIBUTION, INC., | Case No.:  24cv1250-W-MMP |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO DISMISS [DOC. 82]** |
| v. | |
| John Cathcart, Nerys Logistics, Inc., Mercator Capital Advisors Inc., | |
| Defendants. | |

Pending before the Court is a joint motion to dismiss this case with prejudice. Good cause appearing, the Court **GRANTS** the joint motion [Doc. 82] and **DISMISSES** the case **WITH PREJUDICE**.  Each party shall bear their respective attorney's fees and costs.

**IT IS SO ORDERED**.

Dated:  April 20, 2026

_____

Hon. Thomas J. Whelan
United States District Judge

1

24cv1250-W-MMP